**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

    vs.                    4:10CR00229-03-BRW

**DONYADA SHURNELL COLLINS**

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 160). The Clerk's office is directed to issue a summons for the defendant, Donyada Shurnell Collins, and a Hearing on the Motion set for **Wednesday, June 29, 2016 at 3:00 PM.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol**, **Courtroom #389**, Little Rock, Arkansas. Lisa Peters, Assistant Federal Public Defender, is appointed to represent Mr. Collins.

IT IS SO ORDERED this 26th day of May, 2016.

                            /s/Billy Roy Wilson
                   UNITED STATES DISTRICT JUDGE