IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:10-CR-00229-3-BRW

DONYADA SHURNELL COLLINS

## ORDER

During a hearing yesterday to hear the prosecution's motion to revoke conditions of supervised release of Mr. Collins, he admitted that he tested positive for controlled substance on February 1, 2016. Accordingly, I granted the prosecution's motion to revoke and sentenced him to an additional 30 days of supervised release, with all terms and conditions previously imposed still in effect.

IT IS SO ORDERED this 30th day of June, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE